COMMONWEALTH of Pennsylvania, Appellee,

v.

**Eric EISEN, Appellant.**

Supreme Court of Pennsylvania.

Argued March 5, 2008.

Decided March 24, 2008.

James Brandon Lieber, Pittsburgh, for Eric Eisen.

Ronald Michael Wabby, Jr., Pittsburgh, for Com. of Pennsylvania.

***ORDER***

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justice TODD did not participate in the consideration or decision of this case.